# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ANTHONY DEROSA,

    Plaintiff,

v.                                        Case No. 5:23-cv-696-MMH-PRL

PHASE THREE STAR, LLC,
d/b/a Hardee's,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 21; Stipulation) filed on June 13, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 14th day of June, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record